McDONALD CARANO

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF ALAMON, INC., a Montana Corporation; ALAMON, INC., a Montana Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TALION CONSTRUCTION, LLC., a Hawaii Corporation, and GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendants. | Case No.: 3:25-cv-00437-MMD-CLB<br><br>Judge Miranda M. Du<br><br>**ORDER GRANTING TEMPORARY STAY OF PROCEEDINGS** |

This matter having been brought before the Court on the Notice Requesting to Stay Proceedings filed by Plaintiffs, United States of America for the use and benefit of Alamon, Inc. ("Alamon"), and Alamon in its own capacity, and the Court having considered the matter and the parties' agreement to stay the case, the Court finds that good cause exists to stay and administratively close this case pending a further status report from the parties.

It is therefore ordered all proceedings in this matter, including all hearings and deadlines, are stayed through March 31, 2026.

It is further ordered that the initial status conference and all related deadlines are taken off the Court's calendar.

It is further ordered that the deadlines for Defendants Talion Construction, LLC and Great American Insurance Company to answer or otherwise respond to the Original Complaint are extended to April 30, 2026.

///

1    It is further ordered that the parties must file a joint status report with the Court no later than

2  March 31, 2026, updating the Court on the status of the parties' claim submission to the U.S.

3  Department of Veterans Affairs and any resolution discussions, along with proposing next steps in

4  the case. If the parties resolve this matter before that date, they must similarly file a status report

5  within 10 days of the resolution.

6    It is further ordered that this stay is entered based on the parties' agreement, including

7  Defendants' consent communicated via email, notwithstanding that Defendants have not yet entered

8  an appearance in this matter.

9    The Clerk of Court is directed to administratively close this case.

10    DATED this 1st day of October 2025.

11

12    _____
        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28