Philip M. Mannelly (NSBN 14236)
Katrina E. Weil (NSBN 16152)
Cassin T. Brown (NSBN 15877)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
pmannelly@mcdonaldcarano.com
kweil@mcdonaldcarano.com
cbrown@mcdonaldcarano.com

Kevin Kolton, IL Bar No.6203113 (*pro hac vice*)
PERKINS COIE LLP
110 N. Wacker Dr. Suite
3400, Chicago 60606
Telephone: 1 (312) 263-2730
Facsimile: 1 (312) 263-6730

*Attorneys for Plaintiffs United States of America
for the Use and Benefit of Alamon, Inc.
and Alamon, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF ALAMON, INC., a Montana Corporation; ALAMON, INC., a Montana Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TALION CONSTRUCTION, LLC., a Hawaii Corporation, and GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendants. | Case No.: 3:25-cv-00437-MMD-CLB<br><br>Judge Miranda M. Du<br><br>**ORDER GRANTING TEMPORARY STAY OF PROCEEDINGS** |

This matter having been brought before the Court on the Status Report and Request to Continue Stay filed by Plaintiffs, the United States of America for the use and benefit of Alamon, Inc. ("Alamon"), and Alamon in its own capacity, and the Court having considered the matter and

the parties' agreement to stay the case, the Court finds that good cause exists to continue the stay and to keep this case administratively closed pending a further status report from the parties.

It is therefore ordered all proceedings in this matter, including all hearings and deadlines, are stayed through June 29, 2026.

It is further ordered that the initial status conference and all related deadlines are taken off the Court's calendar.

It is further ordered that the deadlines for Defendants Talion Construction, LLC and Great American Insurance Company to answer or otherwise respond to the Original Complaint are extended to July 29, 2026.

It is further ordered that the parties must a status report with the Court no later than June 29, 2026, updating the Court on the status of the parties' claim submission to the U.S. Department of Veterans Affairs and any resolution discussions, along with proposing next steps in the case. If the parties resolve this matter before that date, they must similarly file a status report within 10 days of the resolution.

DATED THIS 31st Day of ___March___, 2026.

_____
UNITED STATES DISTRICT JUDGE

McDONALD CARANO

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

2